UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LARRY NORRIS,

        Petitioner,

v.                                      CASE NUMBER: 13-13825
                                       HONORABLE VICTORIA A. ROBERTS

J.A. TERRIS,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

On December 4, 2013, Magistrate Judge Paul J. Komives issued a Report and Recommendation (R & R) recommending that the Court deny Petitioner's application for writ of habeas corpus. Magistrate Judge Komives concluded that Petitioner "was afforded due process of law in connection with his disciplinary hearing." On December 23, 2013, Petitioner filed objections to the R & R.

In accordance with Fed. R. Civ. P. 72(b) and 28 U.S.C. § 636(b)(1), the Court has reviewed *de novo* the R & R and Petitioner's objections. The Court agrees with Magistrate Judge Komives' well-supported conclusions.

The Court **ADOPTS** the R&R; Petitioner's application for writ of habeas corpus is **DENIED**. Petitioner's application is **DISMISSED**.

      **IT IS ORDERED**.


                                              S/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: January 10, 2014

The undersigned certifies that a copy of this document was served on the attorneys of record and Larry Norris by electronic means or U.S. Mail on January 10, 2014.

S/Carol A. Pinegar
Deputy Clerk